# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
November 15, 2018

In re:
    Thornton & Co., Inc.
                      Debtor*

Case Number: 15–21416 amn
Chapter: 7

    Bonnie C. Mangan
                      Plaintiff(s)
v.
    John Paul Thornton Jr. et al.
                      Defendant(s)

Adversary Proceeding
No.: 18–02078 amn

## **CLERK'S NOTICE OF ENTRY OF DEFAULT**

    It appears from the record that John Paul Thornton, III failed to plead or otherwise defend in this case as required by law.

    Therefore, default is entered against the defendant(s) as authorized by Federal Rules of Bankruptcy Procedure 7055.

Dated: November 15, 2018

BY THE COURT

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 132 – es

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.